JP:PB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -

JOHN MAKROPOULOS,
    also known as "Michael Dontas,"

        Defendant.

– – – – – – – – – – – – – –X

C O M P L A I N T

(T. 8, U.S.C. §§ 1326(a)
and 1326(b)(2))

EASTERN DISTRICT OF NEW YORK, SS:

        LAMAR HARRISON, being duly sworn, deposes and states that he is a Deportation Officer with United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

        Upon information and belief, on or about February 9, 2014, within the Eastern District of New York and elsewhere, the defendant JOHN MAKROPOULOS, also known as "Michal Dontas," being an alien who had previously been arrested and convicted of an aggravated felony, and was thereafter excluded and removed from the United States, and who had not made a re-application for admission to the United States to which the Secretary of the Department of Homeland Security, successor to the Attorney General of the United States, had expressly consented, was found in the United States.

        (Title 8, United States Code, Sections 1326(a) and 1326(b)(2)).

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.  I am a Deportation Officer with ICE and have been involved in the investigation of numerous cases involving the illegal re-entry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.  On or about February 9, 2014, New York City Police Department ("NYPD") officers assigned to the 108th Precinct arrested the defendant in Queens, New York for criminal possession of a controlled substance in the seventh degree, in violation of New York Penal Law Section 220.03, petit larceny, in violation of New York Penal Law Section 155.25, and criminal possession of stolen property in the fifth degree, in violation of New York State Penal Law Section 165.40. When arrested on these charges, the defendant gave the false name "Michael Dontas." On or about April 9, 2014, the defendant was taken into ICE custody.

3.  A review of the defendant's A-File indicates that the defendant is a citizen of Greece.

4.  A review of the defendant's criminal history indicates that the defendant has sustained the following convictions:

    a.  On January 7, 2010, the defendant was convicted of illegal reentry, in violation of Title 8, United States Code, Section 1326(a) in the United States District Court for the Northern District of New York. The defendant was sentenced to a time-served custodial sentence, with two years' supervised release.

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

b. On June 14, 2007, the defendant was convicted of burglary in the second degree, in violation of New York State Penal Law Section 140.25, and grand larceny in the fourth degree, in violation of New York State Penal Law Section 155.30. The defendant was sentenced to 42 months' imprisonment and two-to-four years' imprisonment, respectively, on these charges, the sentences to run concurrently.

c. On May 11, 1994, the defendant was convicted of grand larceny in the fourth degree, in violation of New York State Penal Law Section 155.30. The defendant was sentenced to two-to-four years' imprisonment.

d. On January 19, 1988, the defendant was convicted of attempted burglary in the second degree, in violation of New York State Penal Law Section 140.25. The defendant was sentenced to one-to-three years' imprisonment.

5. The defendant was removed from the United States on or about the following dates: March 17, 2010 and November 6, 1996.

6. The defendant's fingerprints were taken on or about February 9, 2014 when he was taken into NYPD custody. An official from ICE trained in fingerprint analysis compared the fingerprints taken in connection with the defendant's February 9, 2014 arrest with the fingerprints taken in connection with the defendant's June 14, 2007, May 11, 1994, and January 19, 1988 convictions, as well as the fingerprints taken in connection with the defendant's March 17, 2010 and November 6, 1996 removals, and determined that the three sets of fingerprints were made by the same individual.

4

7. A search of ICE records has revealed that there exists no request by the defendant for permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after removal.

WHEREFORE, your deponent respectfully requests that the defendant JOHN MAKROPOULOS, also known as "Michal Dontas," be dealt with according to law.

_____
LAMAR HARRISON
Deportation Officer
United States Immigration and Customs Enforcement

Sworn to before me this
24th day of April, 2014

_____
THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK