SDD:MW
F# 2014R00767

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 22 2014 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JOHN MAKROPOULOS,
    also known as "Michael Dontas,"

                Defendant.

- - - - - - - - - - - - -X

INDICTMENT

**CR 14 - 00305**

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2); T. 18, U.S.C., §§ 3551 et seq.)

IRIZARRY, J.

POLLAK, M.J

THE GRAND JURY CHARGES:

## ILLEGAL REENTRY

On or about February 9, 2014, within the Eastern District of New York, the defendant JOHN MAKROPOULOS, also known as "Michael Dontas," an alien who had previously been deported from the United States after a conviction for the commission of an aggravated felony, was found in the United States, without the Secretary of the United States

Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

*W. Wright*
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F. #2014R00767

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*JOHN MAKROPOULOS,*
also known as "Michael Dontas,"

Defendant.

## INDICTMENT

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____ W. Wright
                                         *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
                                    . *Clerk*

*Bail, $* _____

_____

*Melody Wells, Assistant U.S. Attorney (718-254-6422)*